# CRIMINAL CAUSE FOR STATUS CONFERENCE

<u>BEFORE: SEYBERT,J.</u>  <u>DATE:  2/ 2/2018</u>     <u>TIME: 11:30</u>

<u>DOCKET NUMBER: CR 17-162</u>        <u>TITLE: USA-V-                        </u>

<u>DEFT NAME: EDWARD AMBROSINO                         DEFT: #   </u>
     <u> X  PRESENT</u>    <u>   NOT PRESENT</u>    <u>   IN CUSTODY</u>   <u>X</u>   <u>ON BAIL</u>

     <u>ATTY. FOR DEFT.:              </u>      <u>   JAMES DRUKER   </u>   <u>C.J.A.</u>
                  <u> X PRESENT</u>       <u>   NOT PRESENT</u>  <u>X RET</u>

          RAYMOND TIERNEY;
<u>A.U.S.A. CATHERINE MIRABILE         </u>  <u>DEPUTY CLERK: CHARLES BARAN</u>

<u>COURT REPORTER:</u>    <u>   P. AUERBACH</u>     <u>   E. COMBS</u>       <u>   M. FOLEY</u>
<u>   F. GUERINO</u>     <u>   P. LOMBARDI</u>   <u> X M. STEIGER </u>
<u>   D. TURSI</u>      <u>   O. WICKER</u>

<u> X </u>  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

<u> X </u>  CASE ADJOURNED TO<u> 5/18/2018 AT 10:00AM </u>FOR<u> ORAL ARGUMENT </u>
      <u>OR STATUS CONFERENCE.</u>

<u>    </u>  MOTION CONFERENCE HELD ON<u>                    </u>'S MOTION TO

<u>    </u>  ARGUMENT HEARD    <u>    </u> MOTION GRANTED.   <u>    </u> MOTION DENIED.
                        <u>    </u> DECISION RESERVED.

<u>    </u>  DECISION ENTERED INTO THE RECORD.

<u> X </u>  SPEEDY TRIAL INFORMATION:
      CODE TYPE:<u>  X-        </u>   START DATE:<u>  4/20/2018     </u>XSTRT
                            STOP DATE: <u>  5/18/2018     </u>XSTOP

<u> X </u>  DEFT. CONTINUED ON BAIL.  TRAVEL TO CONNECTICUT ON 4/14/2018
       IS APPROVED.

<u>    </u>  JURY SELECTION & TRIAL SCHEDULED FOR<u>                        </u>

<u>    </u>  MOTIONS TO BE MADE BY<u>      1/31/2018    </u>

<u>    </u>  RESPONSE BY GOVERNMENT BY<u>  3/30/2018 </u>

<u>    </u>  REPLY IF ANY BY<u>            4/20/2018 </u>

<u> X </u>  OTHER:<u> SPEEDY TRIAL TIME EXCLUDED DUE TO MOTION PRACTICE.</u>